UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Pisauro                                                                  Civil Action No. 15-02832

versus                                                                    Judge Elizabeth E. Foote

Silvia, et al                                                          Magistrate Judge Carol B. Whitehurst

### ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, *R. 14*, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the unopposed Motion To Dismiss Pursuant to 12(b)(2), filed by Defendant, Scott Police Department, [Rec. Doc. 4], be **GRANTED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 23rd day of June, 2016.

_____
Elizabeth E. Foote
United States District Judge