UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Pisauro | Civil Action No. 15-02832 |
| versus | Judge Elizabeth E. Foote |
| Silvia, et al | Magistrate Judge Carol B. Whitehurst |

### ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, *R. 17.*, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the unopposed Motion To Dismiss for Failure To State A Claim Upon Which Relief Can Be Granted, Failure To Exhaust Administrative Remedies And For Lack Of Standing, And Motion For More Definite Statement, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 12(e), filed by Defendants, the City of Scott, Officer Larry Williams, individually and in his official capacity as a Police Officer for the City of Scott, and Chief Chad Leger, individually and in his official capacity as Chief of Police of the City of Scott, [Rec. Doc. 5], be **GRANTED** Plaintiffs' claims are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this ____ day of _____, 2016.

Elizabeth E. Foote
United States District Judge