UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Pisauro | Civil Action No. 15-02832 |
| versus | Judge Elizabeth E. Foote |
| Silvia, et al | Magistrate Judge Carol B. Whitehurst |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, *R. 18,* noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the unopposed Motion To Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Rec. Doc. 7] be **GRANTED** and Plaintiffs' claims against Cynthia Silvia and Candy Tweedel Kelly are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the unopposed Motion To Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) [Rec. Doc. 8] be **GRANTED** and Plaintiffs' claims against the Lafayette Parish School Board, Cynthia Silvia and Candy Tweedel Kelly are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24th day of June, 2016.

Elizabeth E. Foote
United States District Judge