# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

_____

| | |
|---|---|
| PISAURO, ET AL | CIVIL ACTION NO 15-CV-2832 |
| VERSUS | JUDGE FOOTE |
| SILVIA, ET AL | MAGISTRATE JUDGE WHITEHURST |

_____

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 33], and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that defendants' Motion to Dismiss be **GRANTED** and Plaintiff's claims be **DISMISSED WITH PREJUDICE at Plaintiff's costs** under Rule 41(b) for Plaintiffs' failure to prosecute and comply with the Court's orders.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 12th day of September, 2016.

_____
Elizabeth E. Foote
United States District Judge